LESLIE HOLMES, SBN 192608
MARK V. BOENNIGHAUSEN, SBN 142147
HOGAN HOLMES & USOZ LLP
333 WEST SANTA CLARA STREET, SUITE 800
SAN JOSE, CA 95113
TELEPHONE: (408) 292-7600

JACK J. MILES, ESQ.
JOSEPH A. BOYLE, ESQ.
PAUL L. KATTAS, ESQ.
KELLEY DRYE & WARREN LLP
200 KIMBALL DRIVE
PARSIPPANY, NJ 07054
TELEPHONE: (973) 503-5924

Attorneys for Plaintiff
HEWLETT-PACKARD COMPANY

KEVIN V. RYAN (California State Bar No. 118321)
United States Attorney
JAY R. WEILL (California State Bar No. 75434)
Assistant United States Attorney
Chief, Tax Division
DAVID L. DENIER (California State Bar No. 95024)
Assistant United States Attorney
10th Floor Federal Building
450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone:  (415) 436-6888

Attorneys for Defendant
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| HEWLETT PACKARD COMPANY ) | Case No. C-06-04313 RMW |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER FOR |
| v. ) | ADMINISTRATIVE DISMISSAL |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Defendant. ) | |
| ──────────────────────────── ) | |

WHEREAS, plaintiff Hewlett-Packard Company ("Plaintiff") brought this action against defendant United States of America (the "Defendant") to recover federal communications excise taxes ("FET") that were collected from it and paid to the Internal Revenue Service ("IRS") in

STIPULATION AND ORDER FOR
ADMINISTRATIVE DISMISSAL

connection with Plaintiff's purchase of certain communications services during the period July 1, 2002 through March 31, 2006; and

WHEREAS, the parties have determined that Plaintiff's claim for a refund of FET should be pursued administratively with the IRS; and

IT IS HEREBY STIPULATED, AGREED AND ORDERED that

1. This action is hereby administratively dismissed without prejudice, with a right to be reinstated; and

2. Plaintiff's claims for a refund of FET shall be submitted to the IRS for a resolution; and

3. Plaintiff shall have the right to reinstate this case against Defendant if Plaintiff objects to the treatment of its refund claim by the IRS and, once reinstated, such case shall proceed as if it had not been dismissed; and

4. Nothing contained herein shall be construed to limit Plaintiff's rights under 26 U.S.C. § 6532 and 26 U.S.C. § 7422.

Dated: November 16, 2006          HOGAN HOLMES & USOZ LLP


S/_____
LESLIE HOLMES
MARK V. BOENNIGHAUSEN

KELLEY DRYE & WARREN LLP
JACOB J. MILES
JOSEPH A. BOYLE
PAUL L. KATTAS

Attorneys for Plaintiff
HEWLETT PACKARD COMPANY

Dated: November 15, 2006          UNITED STATES ATTORNEY

S/_____
KEVIN V. RYAN
JAY R. WEILL
DAVID L. DENIER

Attorneys for Defendant
UNITED STATES OF AMERICA

STIPULATION AND ORDER FOR
ADMINISTRATIVE DISMISSAL                    2

1. IT IS SO ORDERED.

2. Date: 11/16/06

/s/ Ronald M. Whyte

HONORABLE RONALD M. WHYTE
UNITED STATES DISTRICT COURT

STIPULATION AND ORDER FOR
ADMINISTRATIVE DISMISSAL                         3